UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **CV 24-4239-MWF(RAOx)**　　　　　　　　　　　Date:  August 15, 2024

Title  *Chrome Hearts LLC v. Pixels.com LLC, et al.*

---

Present: The Honorable:  MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　Attorneys Present for Defendants:
Not Present　　　　　　　　　　　　　　　Not Present

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

　　A review of the docket in this action reflects that the Complaint was filed on May 22, 2024.  (Docket No. 1).  On June 11, 2024, Plaintiff filed a Proof of Service indicating service of the Summons and Complaint on Defendant Pixels.com LLC.  (Docket No. 10).  The Court notes that the Proof of Service states that personal service was made on May 24, **2023**.

　　The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 6, 2024**.

- By Plaintiff:  A corrected Proof of Service of Summons and Complaint on Defendant.

　　AND/OR

- By Defendant:  Response to the Complaint.  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

　　OR

- By Plaintiff:  An Application to Clerk to Enter Default.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **CV 24-4239-MWF(RAOx)**                                    Date:  August 15, 2024

Title          *Chrome Hearts LLC v. Pixels.com LLC, et al.*

    No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **September 6, 2024,** will result in the dismissal of this action.

    IT IS SO ORDERED.